IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DAVID GRIFFIN, et al.,** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:13-cv-967-O |
| **BANK OF AMERICA, N.A.,** | § § § | |
| Defendant. | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant's Motion to Dismiss (ECF No. 6), filed March 14, 2013, is hereby **GRANTED** and Plaintiffs' claims against Defendant are **DISMISSED without prejudice**.

**SO ORDERED** on this **20th day** of **September, 2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE